UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22533

| | |
|---|---|
| RICARDO MESA RODRIGUEZ and all others<br>similarly situated under 29 U.S.C. 216(b), | ) <br> ) <br> ) |
|         Plaintiff, | ) |
|     vs. | ) <br> ) |
| A & R UNDERGROUND LLC, and<br>ALBERTO RIVERA, | ) <br> ) <br> ) |
|         Defendants. | ) <br> ) |
| _____ | ) |

**PLAINTIFF'S STATEMENT OF CLAIM**

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order [D.E. 8], and hereby files Plaintiff's statement of claim regarding his claim for Federal Overtime Wages, and in support thereof, states as follows:

1. **Period of Total Claim: August 28, 2012 – February 28, 2014 (Federal Overtime)**

   a. <u>Weeks:</u> 78 (rounded down)

   b. <u>Average Hours worked over 40 per week:</u> 20

   c. <u>Hourly wage paid for hours worked over 40 per week:</u> $6.66/hr.

   d. <u>Applicable Hourly Wage Rate::</u> $7.25/hr. [1]

   e. <u>Applicable half time overtime wage rate:</u> $3.625 /hr.

   f. <u>Amount owed:</u> $3.625/hr  x  20 hrs/week  x  78 weeks  =  $5,655.00.

   g. <u>Total overtime wages claimed:</u> $5,655.00 x  2 for liquidated damages  =  $11,310.

2. **Period of Total Claim: February 28, 2014 - June 6, 2015 (Federal Overtime)**

   a. <u>Weeks:</u>  66 (rounded down)

---

[1] Plaintiff plans and moving this Court to Amend the Complaint in this matter to reflect the applicable Florida Minimum Wage.  This number is greater than the Federal Minimum Wages for this time period, and thus would slightly increase the half-time rate stated here.

    b.  <u>Average Hours worked over 40 per week:</u> 20

    c.  <u>Hourly wage paid for hours worked over 40 per week:</u> $9.16/hr.

    d.  <u>Applicable Hourly Wage Rate::</u> $9.16/hr.

    e.  <u>Applicable half time overtime wage rate:</u> $4.58 /hr.

    f.  <u>Amount owed:</u> $4.58/hr x 20 hrs/week x 66 weeks = $6,045.60

    g.  <u>Total overtime wages claimed:</u> $6,045.60 x 2 for liquidated damages = $12,091.20.

3. **<u>Period of Total Claim: August 28, 2012 – February 28, 2014 (Federal Minimum Wage)</u>**

    a.  <u>Weeks:</u> 78 (rounded down)

    b.  <u>Average Hours worked per week:</u> 60

    c.  <u>Applicable Minimum Wage Hourly Wage Rate::</u> $7.25/hr. [2]

    d.  <u>Amount Actually Paid:</u> $6.66 / hr.

    e.  <u>Difference in Rate:</u> $0.59

    f.  <u>Amount owed:</u> $.59/hr x 60 hrs/week x 78 weeks = $2,761.20.

    g.  <u>Total overtime wages claimed:</u> $2,761.2 x 2 for liquidated damages = $5,522.4.

4. Grand Total Owed: $11,310 + $12,091.20 + $5,522.4 = $28,923.60 + Attorneys Fees (~ $300 * 9 hrs = $2,700).

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: <u>/s/ Elizabeth O. Hueber</u>
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

---

[2] Plaintiff plans and moving this Court to Amend the Complaint in this matter to reflect the applicable Florida Minimum Wage. This number is greater than the Federal Minimum Wages for this time period, and thus would slightly increase rate owed.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on

August 2, 2015 and so served on the following:

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

Nolan Keith Klein
Law Offices of Nolan Klein, P.A.
Wells Fargo Tower
One East Broward Blvd.
Ste. 1500
Ft. Lauderdale, FL 33301
954-745-0588
Fax: 305-397-1924
Email: klein@nklegal.com