UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-22533-KMW

RICARDO MESA RODRIGUEZ and all
others similarly situated under 29 U.S.C.
216(b),

      Plaintiff,

v.

A&R UNDERGROUND, LLC, and
ALBERTO RIVERA,

      Defendants.
_____/

### **RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

      Defendant, A&R Underground, LLC, pursuant to this Court's Order July 16, 2015 [D.E. 9] files its Response to Plaintiff's Statement of Claim, as follows:

      Plaintiff's unsubstantiated claim to have worked 60 hours a week, every week from August 2012 through June 6, 2015, is patently incorrect. Plaintiff was paid for all time that he worked on projects for the Defendant. Printouts showing exactly how much Plaintiff was paid on a weekly basis are attached hereto.

      DATED this **27th** day of **August**, 2015.

                                                      Respectfully Submitted,
                                                    **Law Offices of Nolan Klein, P.A.**
                                                    *Attorneys for Defendants*
                                                    Wells Fargo Tower – Suite 1500
                                                    One East Broward Blvd.
                                                    Fort Lauderdale, FL  33301
                                                    PH:    (954) 745-0588

                                                    By: */s/ Nolan K. Klein*
                                                         NOLAN K. KLEIN
                                                        Florida Bar No. 647977
                                                         klein@nklegal.com
                                                        amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF this **27th** of **August**, 2015.

By: */s/ Nolan K. Klein*
NOLAN K. KLEIN
Florida Bar No. 647977

## SERVICE LIST:

**J.H. Zidell, Esquire**
Florida Bar No. 0010121
**Elizabeth Olivia Hueber, Esquire**
Florida Bar No. 0073061
**Julia M. Garrett, Esquire**
Florida Bar No. 105151
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Ph:     (305) 865-6766
Fax:    (305) 865-7167
*zabogado@aol.com*
*elizabeth.hueber.esq@gmail.com*
*jgarrett.jhzidellpa@gmail.com*
***Attorneys for Plaintiff, Ricardo Mesa Rodriguez***