10:38 AM
07/13/15
**Accrual Basis**

# A & B UNDERGROUND LLC
## Custom Transaction Detail Report
### January 2012 through July 2015

| Type  | Date       | Num  | Name                    | Debit   | Credit |
|-------|------------|------|-------------------------|---------|--------|
| **Jan '12 - Jul 15** | | | | | |
| Check | 08/15/2012 | 2688 | RICARDO MEZA RODRIGUEZ  | 400.00  |        |
| Check | 08/22/2012 | 2706 | RICARDO MEZA RODRIGUEZ  | 400.00  |        |
| Check | 08/29/2012 | 2722 | RICARDO MEZA RODRIGUEZ  | 280.00  |        |
| Check | 09/05/2012 | 2735 | RICARDO MEZA RODRIGUEZ  | 360.00  |        |
| Check | 09/12/2012 | 2760 | RICARDO MEZA RODRIGUEZ  | 160.00  |        |
| Check | 09/18/2012 | 2772 | RICARDO MEZA RODRIGUEZ  | 240.00  |        |
| Check | 09/28/2012 | 2801 | RICARDO MEZA RODRIGUEZ  | 320.00  |        |
| Check | 10/02/2012 | 2806 | RICARDO MEZA RODRIGUEZ  | 480.00  |        |
| Check | 10/09/2012 | 2834 | RICARDO MEZA RODRIGUEZ  | 640.00  |        |
| Check | 10/23/2012 | 2851 | RICARDO MEZA RODRIGUEZ  | 400.00  |        |
| Check | 10/30/2012 | 2869 | RICARDO MEZA RODRIGUEZ  | 360.00  |        |
| Check | 11/06/2012 | 2884 | RICARDO MEZA RODRIGUEZ  | 540.00  |        |
| Check | 11/13/2012 | 2906 | RICARDO MEZA RODRIGUEZ  | 540.00  |        |
| Check | 11/27/2012 | 2951 | RICARDO MEZA RODRIGUEZ  | 270.00  |        |
| Check | 12/05/2012 | 2971 | RICARDO MEZA RODRIGUEZ  | 450.00  |        |
| Check | 12/05/2012 | 2973 | RICARDO MEZA RODRIGUEZ  | 530.00  |        |
| Check | 12/11/2012 | 2984 | RICARDO MEZA RODRIGUEZ  | 650.00  |        |
| Check | 12/11/2012 | 2987 | RICARDO MEZA RODRIGUEZ  | 360.00  |        |
| Check | 12/20/2012 | 3009 | RICARDO MEZA RODRIGUEZ  | 400.00  |        |
| Check | 12/20/2012 | 3012 | RICARDO MEZA RODRIGUEZ  | 360.00  |        |
| Check | 12/20/2012 | 3020 | RICARDO MEZA RODRIGUEZ  | 405.00  |        |
| Check | 12/28/2012 | 3028 | RICARDO MEZA RODRIGUEZ  | 550.00  |        |
| Check | 01/08/2013 | 3037 | RICARDO MEZA RODRIGUEZ  | 420.00  |        |
| Check | 01/08/2013 | 3043 | RICARDO MEZA RODRIGUEZ  | 450.00  |        |
| Check | 01/08/2013 | 3056 | RICARDO MEZA RODRIGUEZ  | 450.00  |        |
| Check | 01/08/2013 | 3082 | RICARDO MEZA RODRIGUEZ  | 500.00  |        |
| Check | 01/24/2013 | 3090 | RICARDO MEZA RODRIGUEZ  | 330.00  |        |
| Check | 02/24/2013 | 3117 | RICARDO MEZA RODRIGUEZ  | 200.00  |        |
| Check | 02/24/2013 | 3123 | RICARDO MEZA RODRIGUEZ  | 500.00  |        |
| Check | 03/05/2013 | 3142 | RICARDO MEZA RODRIGUEZ  | 500.00  |        |
| Check | 03/05/2013 | 3144 | RICARDO MEZA RODRIGUEZ  | 650.00  |        |
| Check | 03/12/2013 | 3158 | RICARDO MEZA RODRIGUEZ  | 500.00  |        |
| Check | 03/19/2013 | 3169 | RICARDO MEZA RODRIGUEZ  | 500.00  |        |
| Check | 03/21/2013 | 3187 | RICARDO MEZA RODRIGUEZ  | 500.00  |        |
| Check | 04/02/2013 | 3213 | RICARDO MEZA RODRIGUEZ  | 600.00  |        |
| Check | 04/09/2013 | 3233 | RICARDO MEZA RODRIGUEZ  | 400.00  |        |
| Check | 04/16/2013 | 3244 | RICARDO MEZA RODRIGUEZ  | 450.00  |        |
| Check | 04/23/2013 | 3263 | RICARDO MEZA RODRIGUEZ  | 600.00  |        |
| Check | 05/21/2013 | 3275 | RICARDO MEZA RODRIGUEZ  | 500.00  |        |
| Check | 05/28/2013 | 3287 | RICARDO MEZA RODRIGUEZ  | 500.00  |        |
| Check | 06/16/2013 | 3313 | RICARDO MEZA RODRIGUEZ  | 300.00  |        |
| Check | 06/16/2013 | 3314 | RICARDO MEZA RODRIGUEZ  | 200.00  |        |
| Check | 06/16/2013 | 3334 | RICARDO MEZA RODRIGUEZ  | 300.00  |        |

10:08 AM
07/13/15
Accrual Basis

# A & R UNDERGROUND LLC
## Custom Transaction Detail Report
### January 2012 through July 2015

| Type | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Check | 07/02/2013 | 3344 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 07/09/2013 | 3364 | RICARDO MEZA RODRIGUEZ | 250.00 | |
| Check | 07/16/2013 | 3381 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 07/16/2013 | 3390 | RICARDO MEZA RODRIGUEZ | 200.00 | |
| Check | 07/23/2013 | 3402 | RICARDO MEZA RODRIGUEZ | 200.00 | |
| Check | 07/30/2013 | 3416 | RICARDO MEZA RODRIGUEZ | 400.00 | |
| Check | 08/06/2013 | 3424 | RICARDO MEZA RODRIGUEZ | 350.00 | |
| Check | 08/16/2013 | 3436 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 08/20/2013 | 3445 | RICARDO MEZA RODRIGUEZ | 500.00 | |
| Check | 08/20/2013 | 3448 | RICARDO MEZA RODRIGUEZ | 400.00 | |
| Check | 08/27/2013 | 3455 | RICARDO MEZA RODRIGUEZ | 250.00 | |
| Check | 09/02/2013 | 3468 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 10/01/2013 | 3491 | RICARDO MEZA RODRIGUEZ | 600.00 | |
| Check | 10/08/2013 | 3499 | RICARDO MEZA RODRIGUEZ | 500.00 | |
| Check | 10/15/2013 | 3509 | RICARDO MEZA RODRIGUEZ | 500.00 | |
| Check | 10/22/2013 | 3517 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 10/29/2013 | 3529 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 11/30/2013 | 3544 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 11/30/2013 | 3562 | RICARDO MEZA RODRIGUEZ | 600.00 | |
| Check | 11/30/2013 | 3578 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 11/30/2013 | 3594 | RICARDO MEZA RODRIGUEZ | 500.00 | |
| Check | 12/03/2013 | 3608 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 12/12/2013 | 3619 | RICARDO MEZA RODRIGUEZ | 400.00 | |
| Check | 12/17/2013 | 3631 | RICARDO MEZA RODRIGUEZ | 400.00 | |
| Check | 12/23/2013 | 3647 | RICARDO MEZA RODRIGUEZ | 500.00 | |
| Check | 12/31/2013 | 3659 | RICARDO MEZA RODRIGUEZ | 300.00 | |
| Check | 01/07/2014 | 3673 | RICARDO MEZA RODRIGUEZ | 450.00 | |
| Check | 01/14/2014 | 3687 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 01/21/2014 | 3701 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 01/28/2014 | 3716 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 02/04/2014 | 3726 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 02/12/2014 | 3741 | RICARDO MEZA RODRIGUEZ | 660.00 | |
| Check | 02/18/2014 | 3758 | RICARDO MEZA RODRIGUEZ | 750.00 | |
| Check | 02/25/2014 | 3768 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 03/04/2014 | 3782 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 03/11/2014 | 3795 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 04/08/2014 | 3817 | RICARDO MEZA RODRIGUEZ | 605.00 | |
| Check | 04/15/2014 | 3833 | RICARDO MEZA RODRIGUEZ | 750.00 | |
| Check | 04/18/2014 | 3835 | RICARDO MEZA RODRIGUEZ | 500.00 | |
| Check | 04/22/2014 | 3839 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 04/29/2014 | 3854 | RICARDO MEZA RODRIGUEZ | 660.00 | |
| Check | 05/06/2014 | 3866 | RICARDO MEZA RODRIGUEZ | 385.00 | |
| Check | 05/27/2014 | 3889 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 05/28/2014 | 3920 | RICARDO MEZA RODRIGUEZ | 660.00 | |
| Check | 07/15/2014 | 3930 | RICARDO MEZA RODRIGUEZ | 385.00 | |

10:38 AM
07/13/15
Accrual Basis

# A & R UNDERGROUND
## Custom Transaction Detail Report
### January 2012 through July 2015

| Type | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Check | 07/22/2014 | 3945 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 07/29/2014 | 3966 | RICARDO MEZA RODRIGUEZ | 495.00 | |
| Check | 07/29/2014 | 4163 | RICARDO MEZA RODRIGUEZ | 330.00 | |
| Check | 08/07/2014 | 3984 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 08/19/2014 | 4002 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 08/19/2014 | 4008 | RICARDO MEZA RODRIGUEZ | 660.00 | |
| Check | 08/26/2014 | 4023 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 09/02/2014 | 4034 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 09/09/2014 | 4057 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 09/16/2014 | 4063 | RICARDO MEZA RODRIGUEZ | 330.00 | |
| Check | 09/26/2014 | 4081 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 09/30/2014 | 4090 | RICARDO MEZA RODRIGUEZ | 385.00 | |
| Check | 10/01/2014 | 4100 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 10/07/2014 | 4115 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 10/21/2014 | 4132 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 10/28/2014 | 4145 | RICARDO MEZA RODRIGUEZ | 165.00 | |
| Check | 11/03/2014 | 4176 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 11/07/2014 | 4190 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 11/17/2014 | 4208 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 11/18/2014 | 4221 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 12/02/2014 | 4235 | RICARDO MEZA RODRIGUEZ | 330.00 | |
| Check | 12/02/2014 | 4249 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 12/16/2014 | 4265 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 12/23/2014 | 4276 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 12/28/2014 | 4289 | RICARDO MEZA RODRIGUEZ | 330.00 | |
| Check | 01/31/2015 | 4322 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 02/28/2015 | 4324 | RICARDO MEZA RODRIGUEZ | 550.00 | |
| Check | 02/28/2015 | 4342 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 02/28/2015 | 4351 | RICARDO MEZA RODRIGUEZ | 110.00 | |
| Check | 03/31/2015 | 4372 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 03/31/2015 | 4380 | RICARDO MEZA RODRIGUEZ | 495.00 | |
| Check | 03/31/2015 | 4412 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 03/31/2015 | 4423 | RICARDO MEZA RODRIGUEZ | 440.00 | |
| Check | 03/31/2015 | 4451 | RICARDO MEZA RODRIGUEZ | 495.00 | |
| Check | 03/31/2015 | 4455 | RICARDO MEZA RODRIGUEZ | 440.00 | |

Jan '12 - Jul 15        54,425.00    0.00