3:07 PM
08/06/15
Accrual Basis

# A & R UNDERGROUND LLC
## Transaction Detail By Account
### January through June 2015

| Type | Date | Num | Name | Split | Debit | Balance |
|---|---|---|---|---|---|---|
| **Subcontractors Expense** | | | | | | |
| Check | 01/31/2015 | 4322 | RICARDO MEZA RODRIGUEZ | BOA8468 | 550.00 | 550.00 |
| Check | 02/28/2015 | 4324 | RICARDO MEZA RODRIGUEZ | BOA8468 | 550.00 | 1,100.00 |
| Check | 02/28/2015 | 4342 | RICARDO MEZA RODRIGUEZ | BOA8468 | 440.00 | 1,540.00 |
| Check | 02/28/2015 | 4351 | RICARDO MEZA RODRIGUEZ | BOA8468 | 110.00 | 1,650.00 |
| Check | 03/31/2015 | 4372 | RICARDO MEZA RODRIGUEZ | BOA8468 | 440.00 | 2,090.00 |
| Check | 03/31/2015 | 4380 | RICARDO MEZA RODRIGUEZ | BOA8468 | 495.00 | 2,585.00 |
| Check | 03/31/2015 | 4412 | RICARDO MEZA RODRIGUEZ | BOA8468 | 440.00 | 3,025.00 |
| Check | 03/31/2015 | 4423 | RICARDO MEZA RODRIGUEZ | BOA8468 | 440.00 | 3,465.00 |
| Check | 03/31/2015 | 4451 | RICARDO MEZA RODRIGUEZ | BOA8468 | 495.00 | 3,960.00 |
| Check | 03/31/2015 | 4455 | RICARDO MEZA RODRIGUEZ | BOA8468 | 440.00 | 4,400.00 |
| Check | 04/30/2015 | 4477 | RICARDO MEZA RODRIGUEZ | BOA8468 | 550.00 | 4,950.00 |
| Check | 04/30/2015 | 4490 | RICARDO MEZA RODRIGUEZ | BOA8468 | 660.00 | 5,610.00 |
| Check | 04/30/2015 | 4494 | RICARDO MEZA RODRIGUEZ | BOA8468 | 550.00 | 6,160.00 |
| Check | 05/31/2015 | 4399 | RICARDO MEZA RODRIGUEZ | BOA8468 | 400.00 | 6,560.00 |
| Check | 05/31/2015 | 4513 | RICARDO MEZA RODRIGUEZ | BOA8468 | 440.00 | 7,000.00 |
| Check | 05/31/2015 | 4526 | RICARDO MEZA RODRIGUEZ | BOA8468 | 440.00 | 7,440.00 |
| Check | 05/31/2015 | 4534 | RICARDO MEZA RODRIGUEZ | BOA8468 | 590.00 | 8,030.00 |
| Check | 06/30/2015 | 4544 | RICARDO MEZA RODRIGUEZ | BOA8468 | 550.00 | 8,580.00 |
| Check | 06/30/2015 | 4558 | RICARDO MEZA RODRIGUEZ | BOA8468 | 440.00 | 9,020.00 |
| Check | 06/30/2015 | 4575 | RICARDO MEZA RODRIGUEZ | BOA8468 | 550.00 | 9,570.00 |
| Check | 06/30/2015 | 4586 | RICARDO MEZA RODRIGUEZ | BOA8468 | 385.00 | 9,955.00 |
| **Total Subcontractors Expense** | | | | | 9,955.00 | 9,955.00 |
| **TOTAL** | | | | | 9,955.00 | 9,955.00 |

Page 1