UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22533

RICARDO MESA RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
A & R UNDERGROUND LLC, and )
ALBERTO RIVERA, )
)
        Defendants. )
_____ )

## RESPONSE TO ORDER TO SHOW CAUSE

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Order [D.E. 17] Order to Show Cause [D.E. 20] and hereby files Plaintiff's Response to Order to Show Cause and states as follows:

1) On August 24, 2015, this Court ordered that the Parties file a joint pre-trial conference report and joint proposed scheduling order by September 11, 2015 [D.E. 17].

2) On September 16, 2015, this Court noticed that the Parties had not filed their pre-trial conference report and ordered the Plaintiff to show cause why the parties had not filed this Motion by 1:00 p.m. on September 17, 2015.

3) Plaintiff hopes that this Court find that the parties failure to comply with this Court's order was excusable neglect, and not willful.

4) On September 3, 2015, counsel for Plaintiff delivered to counsel for Defendants a proposed scheduling order and joint scheduling report in regard to [D.E. 17]. Counsel for Defendant did not respond to these proposed documents. Thereafter, Plaintiff did not follow-up with counsel for Defendant to ensure the parties compliance with this Court's Order [D.E. 17].

5) When this Court entered the Order to Show Cause motion, both parties immediately made attempts to rectify the circumstance. The parties made their changes to Plaintiff's original draft, and Plaintiff filed the same on September 16, 2015.

6) Plaintiff asserts that his failure file a scheduling report accidental and not willful. Plaintiff recognizes the importance of this Court's orders and this Court's schedule, and that the proper adjudication of justice requires that the parties comply with the same. Further, Plaintiff recognizes his special obligation to prosecute his case as well as ensure that orders applying to both parties are complied with.

*Wherefore* Plaintiff requests that this Court find that the parties' failure to file a response was a result of the excusable neglect, and so, not order sanctions.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on September 16, 2015 and so served on the following:

                                                 J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

Nolan Keith Klein
Law Offices of Nolan Klein, P.A.
Wells Fargo Tower
One East Broward Blvd.
Ste. 1500
Ft. Lauderdale, FL 33301
954-745-0588
305-397-1924 (fax)
klein@nklegal.com