UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-22533-CIV-WILLIAMS/SIMONTON

RICARDO MESA RODRIGUEZ et al,

     Plaintiff(s),

vs

A & R UNDERGROUND, LLC et al,

     Defendant(s),                         **NOTICE OF MEDIATION CONFERENCE**
_____/

     **NOTICE IS HEREBY GIVEN** that a mediation conference in the above styled cause will take place at the time, date and place below:

| | | |
|---|---|---|
| DATE: | January 8, 2016 | PLACE: Salmon & Dulberg Dispute Resolution |
| | | Biscayne Building, Suite 620 |
| TIME: | 10:00AM | 19 W. Flagler Street |
| | | Miami, FL 33130 |
| MEDIATOR: | Robert A. Dulberg | |

     The client or a representative of the client with full authority to settle, other than counsel should be present. If insurance is involved, a representative of the insurance company shall be present with full authority to settle for up to the policy limits or the plaintiff's last demand, whichever is less.

     **A total of 3 hours has been set aside for this mediation. If more time is anticipated, please notify the mediator's office immediately.** *A cancellation fee will be charged, as set forth in the attached Mediation Engagement Agreement, if the mediation is canceled less than five (5) business days prior to the scheduled conference date.* **Do not assume that the other side has notified us of a change or cancellation. Please call, fax or e-mail our office.**

     All parties acknowledge that the mediation conference constitutes a privileged and confidential communication between those present at the mediation conference as set forth in Chapter 44, Florida Statutes. Pre-mediation and post mediation communications are also confidential. All parties further acknowledge that the mediator is a neutral and may not act as an advocate for any party.

Respectfully Submitted:

**s/John W. Salmon, Esq.**
Florida Bar No.: 271756
John@sd-adr.com, Martha@sd-adr.com
Salmon & Dulberg Dispute Resolution
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Phone: 305-371-5490
Fax:    305-371-5492

Copies furnished to:
J. H. Zidell, Esq.
Nolan K. Klein, Esq.
Date:    November 5, 2015