UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-22533-CIV-WILLIAMS/SIMONTON

RICARDO MESA RODRIGUEZ and all
others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

A & R UNDERGROUND LLC, and
ALBERTO RIVERA,

        Defendants.

## ORDER SCHEDULING MEDIATION

**THE MEDIATION CONFERENCE** in this matter shall be held with Robert Dulberg on January 8, 2016, at 10:00 AM, at 19 West Flagler, Suite 620, Miami, Florida 33130. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of November, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE