UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22533-CIV-WILLIAMS/SIMONTON

RICARDO MESA RODRIGUEZ,
et al.,

      Plaintiffs,

vs.

A&R UNDERGROUND LLC,
et al.,

      Defendants.
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

**THIS MATTER** is before the Court on the Parties' election to jurisdiction by a United States Magistrate Judge (DE 36) in which the Parties indicate that they consent to Jurisdiction by a United States Magistrate Judge for all proceedings in this matter, including trial. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, and in accordance with the Parties' consent and election, this case is hereby **REFERRED** to United States Magistrate Judge Andrea M. Simonton to take all necessary and proper action as required by law, through and including trial by jury and entry of final judgment.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 3rd day of February, 2016.

                                                  KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE