UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22533

RICARDO MESA RODRIGUEZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
        Plaintiff, )
vs. )
 )
A & R UNDERGROUND LLC, and )
ALBERTO RIVERA, )
 )
        Defendants. )
_____ )

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff RICARDO MESA RODRIGUEZ ("Plaintiff") and Defendants A & R UNDERGROUND LLC, and ALBERTO RIVERA ("Defendants"), through undersigned counsel, hereby request this Honorable Court to enter an Amended Scheduling Order in this matter, and, as grounds therefore, state as follows:

1. On September 17, 2015, this Court entered an Order scheduling Trial for 5/2/2016, Calendar Call for 4/26/2016 11:00 AM, Amended Pleadings due by 10/9/2015., Discovery due by 2/2/2016, Expert Discovery due by 2/2/2016, Fact Discovery due by 2/2/2016., Joinder of Parties due by 10/9/2015, Mediation Deadline 1/8/2016, In Limine Motions due by 4/2/2016, Dispositive Pretrial Motions due by 2/2/2016, Joint Pretrial Stipulation due by 4/2/2016. [DE 23]

2. In light of the foregoing, the parties respectfully request entry of an Amended Scheduling Order, revising the pretrial deadlines and setting of trial date.

3. Specifically, the parties request that the discovery deadline be extended until August 8, 2016; the deadline for filing dispositive motions be extended until September 12,

2016; the deadlines for pretrial stipulation, jury instructions, verdict form, and motions in limine be extended until 20 days before the trial date; the trial date be set to occur in December 2016, to be determined by the Court for a 3 to 4 day jury trial.

WHEREFORE, the parties respectfully request the Court to enter an Amended Scheduling Order revising the pretrial deadlines as set forth herein, and for such further relief as this Court deems just and proper.

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J(3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix his electronic signature to this Joint Motion to Amend Scheduling Order.

|  | Respectfully Submitted, |
|---|---|
| Dated: 4/6/2016 | Dated: 4/6/2016 |
| J.H. Zidell, P.A. | Law Offices of Nolan Klein, P.A. |
| 300 71st Street, Suite 605 | Wells Fargo Tower |
| Miami Beach, Florida 33141 | One East Broward Blvd. Ste. 1500 |
| Tel: (305) 865-6766 | Ft. Lauderdale, FL 33301 |
| Fax: (305) 865-7167 | 954-745-0588 |
| *Attorneys for Plaintiff* | Fax: 877-253-1691 |
|  | *Attorneys for Defendants* |
| By:  /s/ *Allyson Kutner Morgado* |  |
| Allyson Kutner Morgado, Esq. | s/ *Nolan Keith Klein* |
| Florida Bar Number: 91506 | Nolan Keith Klein, Esq. |
| Email: amorgado.jhzidell@gmail.com | Florida Bar No. 647977 |
|  | Email: klein@nklegal.com |

## CERTIFICATE OF SERVICE

I hereby certify that as of April 6, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

 J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ *Allyson Kutner Morgado*
Allyson Kutner Morgado, Esq.
Florida Bar Number: 91506
Email: amorgado.jhzidell@gmail.com

## SERVICE LIST

Nolan Keith Klein, Esq.
Law Offices of Nolan Klein, P.A.
Wells Fargo Tower
One East Broward Blvd. Ste. 1500
Ft. Lauderdale, FL 33301
954-745-0588
Fax: 877-253-1691
*Attorneys for Defendants*
Email: klein@nklegal.com