```
                                       UNITED STATES DISTRICT COURT
                                                 FOR THE
                                       SOUTHERN DISTRICT OF FLORIDA
RICARDO MESA RODRIGUEZ and all
others similarly situated under
29 U.S.C. 216(b),
        Plantiff,                      Case No: 15-cv-22533-KMW

                                       SUGGESTION OF BANKRUPTCY AND
vs.                                    OF NOTICE OF STAY PROCEEDINGS

A & R UNDERGROUND LLC,
ALBERTO RIVERA, et al,

        Defendant(s),
_____/
```

COMES NOW Defendant, ALBERTO RIVERA, through counsel, and states:

1. That a Voluntary Petition was filed by the Defendant under Chapter 13 of the U. S. Bankruptcy Code to obtain the benefits thereunder, in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, on the 5th day of July 2016 bearing Case No.16-19453-RBR.

2. That the aforesaid Defendant's property is subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

3. That by virtue of the filing of the Voluntary Petition aforesaid, further proceedings against the Defendant, ALBERTO RIVERA, in the above styled action are stayed pursuant to Title 11, U.S. Code, Section 362, of the Bankruptcy Code.

4. That the filing of this Suggestion and Notice of Bankruptcy is not intended by the undersigned attorney to be a general appearance in this cause for the Defendant.

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 5th day of July 2016, by Email: zabogado@aol.com and Regular U.S. Mail to J.H. Zidell, Esq., 300 71 St., Suite 605, Miami Beach, Florida 33141.

*Kelly Roberts*
Kelly K. Roberts, Esquire
F.B.N. 83804